IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KANDISE LUCAS, *et al.*,  )
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　) Civil Action No. 3:18-cv-402–HEH
　　　　　　　　　　　　　　　)
HENRICO COUNTY PUBLIC　　　　)
SCHOOL BOARD, *et al.*,　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)

## ORDER
(Denying Defendants' Motions to Stay or in the Alternative
Extend Time to File Answer)

THIS MATTER is before the Court on Defendants Humberto Cardounel, Sergeant Crook, Kirk Eggleston, Henrico County Police Department, Henrico County Public School Board, Patrick Kinlaw, the Hon. L. Neil Steverson, Tania Kregar, and Shannon Taylor's (collectively, "Defendants") Motions to Stay or in the Alternative Extend Time to File Answer, filed on August 7 and 8, 2018 (ECF Nos. 30, 32, 33). Defendants' Motions are, at least in part, based on a mistaken reading of the Court's Pretrial Schedule A, insofar as they read the Scheduling Order to require them to file an Answer in addition to the Motions to Dismiss already filed. The Pretrial Schedule only requires an answer *or other responsive pleading* to be filed within 11 days if none had yet been filed. Again, as Defendants have all filed various Motions to Dismiss, they are not subject to any additional filing requirements at this time.

To the extent Defendants seek relief from the portions of the Court's Pretrial

Schedule that requires a Rule 26(f) conference, among other steps in anticipation of discovery, the Court declines to grant such relief.

Accordingly, Defendants' Motions to Stay or in the Alternative Extend Time to File Answer (ECF Nos. 30, 32, 33) are hereby DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record and to Plaintiffs, who are *pro se*.

It is SO ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: August 9, 2018
Richmond, Virginia